IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Action No. 05-1448 (GK)

| | | |
|---|---|---|
| BRETT C. HARVEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CONSENT ORDER REGARDING |
| MICHAEL J. ASTRUE,[1] | ) | FEES PURSUANT TO THE EQUAL |
| Commissioner of Social Security, | ) | ACCESS TO JUSTICE ACT AND THE |
| | ) | SOCIAL SECURITY ACT |
| Defendant. | ) | |
| | ) | |

This matter being submitted to the Court for entry of a Consent Order agreed to by the

parties, and it appearing that Plaintiff, by and through his attorney, has executed this Consent

Order, and Defendant has executed this Consent Order, by and through the undersigned

Assistant United States Attorney; and it appearing that the parties have agreed to an award to the

Plaintiff of $5,000.00 in attorney fees in full and final settlement of all claims arising from the

above-captioned case pursuant to the Equal Access to Justice Act (EAJA),  28 U.S.C. § 2412(d);

and it further appearing that the parties have agreed, pursuant to section 206(b) of the Social

Security Act, 42 U.S.C. § 406(b), to an attorney fee payment not to exceed 25% of any past due

benefits that may become payable to the Plaintiff in the event that the Plaintiff is awarded such

benefits on remand, which fee shall be paid out of and not in addition to such benefits and shall

be determined by this Court upon the transmission by Plaintiff's counsel to this Court of a copy

of the Defendant's Award Notice, and that, in such event, the smaller of the two fees will be

---

[1]On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security.
Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue is
substituted, therefore, for Commissioner Jo Anne B. Barnhart as the defendant in this suit.

refunded by the Plaintiff's attorney to the Plaintiff pursuant to P.L. No. 99-80, § 3, 99 Stat. 183, 186 (codified as "savings provision" at 28 U.S.C. § 2412):

It is therefore ORDERED, that the Plaintiff shall be, and hereby is, awarded the sum of $5,000.00 in attorney fees in full satisfaction of any and all claims against the Defendant arising under the EAJA, 28 U.S.C. § 2412(d); and

It is further ORDERED, pursuant to section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), that the Plaintiff's attorney shall be paid a fee not to exceed 25% of any past due benefits that may become payable to the Plaintiff in the event that the Plaintiff is awarded such benefits on remand, which fee shall be paid out of and not in addition to such benefits and shall be determined by this Court upon the transmission by Plaintiff's counsel to this Court of a copy of the Defendant's Award Notice, and that, in such event, the smaller of the two fees will be refunded by the Plaintiff's attorney to the Plaintiff.

SO ORDERED this 20th day of December, 2007.

_Gladys Kessler_
GLADYS KESSLER
United States District Judge

CONSENTED TO:

/s/Anthony R. Mignini
Anthony R. Mignini, Esq.
Pro Hac Vice
Mignini & Raab
2015 Emmorton Road, Suite 202
Bel Air, Maryland 21015
Telephone: (410) 803-2900
Attorney for Plaintiff

/s/Fred E. Haynes
Fred E. Haynes, Esq., D. C. Bar # 165654
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, NW, Room 10-437
Washington, D.C. 20001
Telephone: (202) 514-7201
Attorney for Defendant

The Court regrets the delay in signing this Order.