UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BRETT C. HARVEY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 05-1448 (GK) |
| | : | |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner, Social Security** | : | |
| **Administration,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the Consent Motion for Attorney's Fees filed in this case, it is this 28th day of July, 2008, hereby

**ORDERED**, that the Consent Motion for Award of Attorney's Fees under 42 U.S.C. § 406(b) is **granted**; and it is further

**ORDERED**, that the sum of **$11,964.75** shall be paid to Plaintiff's attorney, reflecting the fact that $5,000 was previously paid to Plaintiff and his counsel or, alternatively, at the discretion of the Defendant Agency, that **$16,964.75** be paid to Plaintiff's attorney, of which **$5,000** shall be refunded to Plaintiff by Plaintiff's counsel to reflect the previous payment to Plaintiff's counsel of $5,000 in connection with Plaintiff's litigation with this Court.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**